# EXHIBIT A

# CIVIL ACTION COVER SHEET

DOCKET NUMBER 2682CV00678

**Massachusetts Trial Court**
**Superior Court** 2

**COUNTY** Middlesex Superior Court

| | | | |
|---|---|---|---|
| **Plaintiff** | Nicholas C. Allen | **Defendant:** | Waze Mobile Limited and Google LLC |
| ADDRESS: | | ADDRESS: | |
| **Plaintiff Attorney:** | Michael V. Glennon | **Defendant Attorney:** | |
| ADDRESS: | Brody, Hardoon, Perkins & Kesten, LLP<br>265 Franklin Street, 12th Floor<br>Boston, MA 02110 | ADDRESS: | |
| BBO: | 678977 | BBO: | |

**TYPE OF ACTION AND TRACK DESIGNATION (see instructions section on next page)**

| CODE NO. | TYPE OF ACTION (specify) | TRACK | HAS A JURY CLAIM BEEN MADE? |
|---|---|---|---|
| B99 | Other tortious action - negligence | F | ☒ YES ☐ NO |

***If "Other" please describe:**

**Is there a claim under G.L. c. 93A?** ☐ YES ☒ NO

**Is there a class action under Mass. R. Civ. P. 23?** ☐ YES ☒ NO

**STATEMENT OF DAMAGES REQUIRED BY G.L. c. 212, § 3A**

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff's counsel relies to determine money damages. (Note to plaintiff: for this form, do not state double or treble damages; indicate single damages only.)

**TORT CLAIMS**

A. Documented medical expenses to date

1. Total hospital expenses — In excess of $75,000
2. Total doctor expenses — 
3. Total chiropractic expenses — 
4. Total physical therapy expenses — 
5. Total other expenses (describe below) — 

Subtotal (1-5): 

B. Documented lost wages and compensation to date — in excess of $40,000

C. Documented property damages to date — 

D. Reasonably anticipated future medical and hospital expenses — Unknown

E. Reasonably anticipated lost wages — Unknown

F. Other documented items of damages (describe below) — in excess of $1 million

Pain and suffering

TOTAL (A-F): in excess of $1,115,000

G. Briefly describe plaintiff's injury, including the nature and extent of the injury:

The Plaintiff was seriously injured on June 25, 2023 by a distracted driver using the Waze App.

**CONTRACT CLAIMS**

☐ This action includes a claim involving collection of a debt incurred pursuant to a revolving credit agreement. Mass. R. Civ. P. 8.1(a).

| Item # | Detailed Description of Each Claim | Amount |
|---|---|---|
| 1. | | |
| | Total | |

Signature of Attorney/Self-Represented Plaintiff: X /s/ Michael V. Glennon Date: June 10, 2026

**RELATED ACTIONS:** Please provide the case number, case name, and county of any related actions pending in the Superior Court.

**CERTIFICATION UNDER S.J.C. RULE 1:18(5)**

I hereby certify that I have complied with requirements of Rule 5 of Supreme Judicial Court Rule 1:18: Uniform Rules on Dispute Resolution, requiring that I inform my clients about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney: X /s/ Michael V. Glennon Date: June 10, 2026

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER)

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO. 2682CV00678

Nicholas C. Allen, *Plaintiff(s)*

v.

Waze Mobile Limited and Google, LLC, *Defendant(s)*

SUMMONS

To the above-named Defendant: Waze Mobile Limited

You are hereby summoned and required to serve upon Michael Glennon / BHPK plaintiff's attorney, whose address is 265 Franklin St, 12th Floor, Boston, MA 02110 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Michael D. Ricciuti, Esquire, at Dedham the 26th day of June, in the year of our Lord two thousand and twenty-six

[signature] Clerk.

NOTES:
1. This summons is issued pursuant to Rules 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each such defendant, each should be addressed to the particular defendant.

# PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ........................................, 20 , I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

..........................................................................................................................................

..........................................................................................................................................

..........................................................................................................................................

Dated: , 20 ..............................................................................

N. B. TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

| , 20 |
|---|

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO.

.............................., *Plaintiff*

v.

.............................., *Defendant*

SUMMONS

(Mass. R. Civ. P.4)

(TO PLAINTIFF'S ATTORNEY: PLEASE CIRCLE TYPE OF ACTION INVOLVED: TORT - MOTOR VEHICLE TORT - CONTRACT - EQUITABLE RELIEF - OTHER)

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO. 2682CV000678

Nicholas C. Allen, *Plaintiff(s)*

v.

Waze Mobile Limited and Google, LLC, *Defendant(s)*

SUMMONS

To the above-named Defendant: Google LLC

You are hereby summoned and required to serve upon Michael Glennon/BHPK plaintiff's attorney, whose address is 265 Franklin St, 12th Floor, Boston, MA 02110 an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this court at Dedham either before service upon the plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

WITNESS, Michael D. Ricciuti, Esquire, at Dedham the 26th day of June, in the year of our Lord two thousand and twenty six

Walter F. Timilty [signature] Clerk.

NOTES:
1. This summons is issued pursuant to Rules 4 of the Massachusetts Rules of Civil Procedure.
2. When more than one defendant is involved, the names of all such defendants should appear in the caption. If a separate summons is used for each such defendant, each should be addressed to the particular defendant.

# PROOF OF SERVICE OF PROCESS

I hereby certify and return that on ..........................................., 20 , I served a copy of the within summons, together with a copy of the complaint in this action, upon the within-named defendant, in the following manner (See Mass. R. Civ. P. 4 (d) (1-5):

.............................................................................................................................................

.............................................................................................................................................

.............................................................................................................................................

Dated: , 20 ..............................................................................

N. B. TO PROCESS SERVER:-
PLEASE PLACE DATE YOU MAKE SERVICE ON DEFENDANT IN THIS BOX ON THE ORIGINAL AND ON COPY SERVED ON DEFENDANT.

| , 20 . |
|---|

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT
CIVIL ACTION

NO.

.............................., *Plaintiff*

v.

.............................., *Defendant*

SUMMONS

(Mass. R. Civ. P.4)

Docketed 06/11/2026



COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT DEPARTMENT
Civil Action No.: 2682CV00678

NICHOLAS C. ALLEN,

Plaintiff,

v.

WAZE MOBILE LIMITED and GOOGLE LLC,

Defendants

**COMPLAINT AND DEMAND FOR JURY TRIAL**

The Plaintiff Nicholas C. Allen, by and through his undersigned counsel, brings this action against Defendants Waze Mobile Limited and Google LLC and alleges as follows:

**PARTIES**

1. The Plaintiff, Nicholas C. Allen ("Plaintiff" or "Trooper Allen") is a Massachusetts State Police Trooper residing at 470 Worcester Road, Framingham, Massachusetts 01702.

2. The Defendant, Waze Mobile Limited ("Waze") is a technology company that designs, develops, owns, operates, and maintains the Waze navigation application ("Waze App"), a GPS-based navigation platform available for use on smartphones and in-vehicle display systems. Waze is a subsidiary of and owned by Defendant Google LLC. Waze actively conducts business in the Commonwealth of Massachusetts.

3. The Defendant, Google LLC ("Google") is a Delaware limited liability company with a registered agent, Corporate Service Company at 251 Little Falls Drive, Wilmington, DE, with its principal place of business at 1600 Amphitheatre Parkway, Mountain View, California. Google acquired Waze in 2013 and has since maintained operational oversight of Waze, including the design and implementation of the Waze App's features, including its gamification elements and pop-up notifications. Google is registered to do business and actively conducts business in the Commonwealth of Massachusetts.

**JURISDICTION AND VENUE**

4. This Court has subject matter jurisdiction over this action pursuant to M.G.L. c. 212, § 3, as the amount in controversy exceeds $50,000.

5. This Court has personal jurisdiction over Defendants Waze and Google because they conduct substantial, systematic, and continuous business activities in the Commonwealth of Massachusetts, including the marketing, distribution, and operation of the Waze App to Massachusetts residents, and because the tortious acts and omissions alleged herein occurred in and caused injury in the Commonwealth of Massachusetts.

6. Venue is proper in Norfolk County pursuant to M.G.L. c. 223, § 1, as the accident occurred in Norfolk County.

**FACTUAL ALLEGATIONS**

**The June 25, 2023 Crash**

7. On June 25, 2023, at approximately 3:15 a.m., Massachusetts State Police Trooper Nicholas C. Allen was working a motor vehicle crash on Route 93

Northbound, north of Exit 3, in the Town of Randolph, Massachusetts ("the Scene").

8. Trooper Allen had stopped his cruiser (Vehicle #1, a 2019 Ford Explorer, Massachusetts Registration SP922) in the left travel lane in order to protect two pedestrians who were crossing the highway toward a disabled vehicle situated on the right side of the roadway. Trooper Allen had activated his cruiser's emergency lights.

9. While Trooper Allen was standing outside his cruiser near the rear of Vehicle #3, speaking with the involved parties, another driver, Thomas Bogiages ("Bogiages") was operating a 2023 Toyota Corolla (Vehicle #2, Massachusetts Registration 3KJL18) northbound on Route 93 in the left travel lane.

10. According to Bogiages's own statements to investigating officers, just prior to the collision, a Waze alert notification popped up on the Waze App running on his vehicle's dashboard navigation screen. Bogiages was attempting to clear or dismiss the Waze pop-up alert when he was distracted from the roadway.

11. While focused on clearing the Waze alert from his navigation screen, Bogiages failed to observe Trooper Allen's cruiser stopped ahead with its emergency lights activated. Bogiages struck the rear of Trooper Allen's cruiser at full speed, pushing the cruiser forward into Trooper Allen and at least one other person present at the Scene.

12. Bogiages stated to investigating officers that he never saw the cruiser's emergency lights until he heard an audible alert from his own vehicle, briefly saw

blue lights, and immediately crashed. At that speed and distance, it was too late to avoid the collision.

13. A witness, Monica Napoli, was traveling approximately four to five car lengths behind Vehicle #2. She stated that she was traveling at approximately 60 miles per hour and estimated Vehicle #2 was traveling at approximately 65 miles per hour. She stated that she could clearly see Vehicle #1 stopped with its emergency lights activated from a great distance, that Vehicle #2 never slowed or braked, and that it struck Vehicle #1 without any apparent effort to avoid the collision.

14. As a direct and proximate result of the collision, Trooper Allen suffered serious injuries to his legs and was transported by EMS to Boston Medical Center.

15. Bogiages was issued criminal citations, including for negligent operation of a motor vehicle, failure to change lanes for an emergency vehicle, and impeding the operation of a motor vehicle.

**The Waze Application and Its Defective Design**

16. The Waze App is a free, crowdsourced navigation application designed, developed, and operated by Defendants Waze and Google. The Waze App is installed on and operates through users' smartphones and in-vehicle infotainment/navigation screens.

17. Defendants Waze and Google designed the Waze App to maximize user engagement and interaction, including while drivers are actively operating motor vehicles. To achieve this goal, the Defendants deliberately incorporated a range of gamification features and pop-up notifications that are designed to attract and hold the visual attention of the driver away from the road.

18. Adding gaming features transitions users from app use in a pragmatic way to habitual and consistent users. This habitual behavior gives the app more opportunities to engage the user and capture more attention. Adding gaming elements to non-game apps or in non-game contexts is known as "gamification."

19. Gamification consists of including mechanisms and interactions normally associated with games in applications which are usually not games. Gamification is meant to embed certain gameplay-style elements in a program to make it more interesting and entertaining for users. Gamification elements can include earning points, achievement badges, leaderboards, levels climbing, experience progression systems, and special challenges/timed events.

20. The core gamification elements are: (a) Points, which are assigned a numerical value to user behavior and provide real-time feedback on performance; (b) Badges, which are art or graphics indicating milestones or accomplishments; (c) Leaderboards, which allow users to compare with other users based on points and achievements; (d) Progress bars, which are graphic elements showing how far users have come in a task or process; and (e) Quests and challenges, which are structured tasks with specific goals to guide users through an activity. Users are thereby provided a taste of the appeal of games such as clear objectives, instant feedback, a sense of progress, and chances for achievement.

21. Modern gamification of apps has benefitted from established psychological and behavioral research. Gamification has been used for decades by large corporations to drive user involvement – early examples include McDonald's game piece promotions and the rise of online massive multiplayer games. Gamification relies

on well-understood user motivations – autonomy, competence, and relatedness. When these three needs are met, users are more likely to perform tasks and interact with an app. Gamification tries to satisfy these needs by giving people choices (autonomy), feedback when moving toward goals (competence), and social media integrations (relatedness). When designers include these techniques, applications can command greater user attention and extend engagement.

22. Waze has catalyzed user engagement through intentional gamification of the application. Waze defines the category of navigation gamification. Waze awards points and badges to drivers for reporting traffic conditions, editing maps, and interacting with the community. Waze uses points, allowing users to earn points for a variety of activities, including reporting accidents, reporting police, reporting road hazards, editing maps, adding photos and details about locations, businesses, and points of interest. Driving while the Waze app is running can earn points for drivers. Users receive 6 points for every road report, 8 points for gas/fuel price reports, and 3 points per comment.

23. Waze's gamification features include, but are not limited to: (a) a points system awarding points for driver in-app interactions, including while driving; (b) level and rank progression systems including "Baby Wazer," "Waze Knight," and "Waze Royalty"; (c) badges and graphical awards for driver activities; (d) leaderboards displaying competitive driver rankings; (e) customizable driver avatars – on-screen icons representing a driver/user that are visible to other drivers and have differences of appearance, mood, and other expressions, with some special icons available only after achieving a certain number of points; (f)

"candy" and "goodie" icons that randomly appear on the navigation map and encourage drivers to interact with the screen to collect them; (g) mission and challenge features requiring ongoing driver engagement; and (h) various social and community features.

**WAZE USER LEVELS**

## The levels

| | | |
|---|---|---|
| | Baby Wazer | Welcome to the world, Wazer! You're a baby now, but not for long... Drive 100 miles (160km) to become a Grown-up. |
| | Waze Grown-up | You've matured and can now pick a new Waze mood. To become a Waze Warrior you'll need to seriously ramp up on points... |
| | Waze Warrior | Behold the shield! You've reached the top 10% of high scorers in your region. Maintaining it won't be easy... |
| | Waze Knight | The sword is yours! You've reached the top 4% of high scorers in your region. You're almost Royalty... Keep on earning points! |
| | Waze Royalty | You've arrived! You're in the top 1% of high scorers in your region. Drive around knowing you're as VIP as they come... |

24. Badges are small graphical plaques or medallions awarded to users once goals have been reached. Badges include the "Roadside help" badge for reporting speed traps or road debris. Badges are displayed in a user's online profile or alongside their personal icon and are a way to show other users how engaged, proficient, and frequently a user interacts with the app.

**WAZE BADGE EXAMPLES**



25. Each Waze driver is ranked against other drivers in the system and can see where they are in the standings. This leaderboard-style acknowledgement encourages competition and develops the driver's sense of accomplishment. Competition among drivers for the most points is intended to grow user interaction with the application. Each rank gives the user upgrades for their avatar.

**WAZE AVATARS**




26. Waze has experimented with various social and communication features to further promote user engagement. Until recently, around late 2023, drivers could "honk" at other nearby Waze drivers appearing on their navigation map. In special events called "raids," users could gather together to fix and add map content. These features attempted to engage users by creating a sense of collaboration and belonging. Waze occasionally launches "missions" or "challenges" allowing special awards to be earned – for example, the system might tell drivers to visit and verify three points of interest within three days for a distinctive badge. Waze

has also partnered with brands for promotional events, like on-screen promotions and coupons.

27. Waze was designed as a social platform, not simply an application for navigation. Waze had a Carpool feature that allowed users to identify other users heading along the same route and offer to carpool. Waze offers friend lists, real-time location sharing with contacts, direct messaging between drivers, and a feature that allows users to "poke" someone called the "beep beep." Waze apps are maintained by hundreds of thousands of user volunteers internationally. Waze crowdsources accurate mapping data by using users to generate the data. Once a user notes a hazard, police activity, accident, or other map feature, their identity becomes known and broadcast information.

28. The goal of all of these Waze features is to command more attention and interaction from drivers. Various metrics are used to measure driver interaction, including but not limited to length of user sessions, volume of user-generated content, number of daily active users, miles or kilometers driven, and frequency of driver interactions. Waze tracks these metrics to assess how features and events affect the ways drivers use the app. Waze generates revenue and profits through commanding more attention from drivers, which allows for more and higher-priced advertising opportunities. The motivational boost Waze has designed into its features works on two levels: extrinsic (points, badges, and awards provide small "hits" of gratification) and intrinsic (self-regulated, social membership and communication simulate thoughts and feelings). The overall effect is to deepen the driver's emotional commitment to using the application and facilitates the

collection of user data and information for marketing and monetization of user information.

29. A 2022 study of Waze noted that some users exhibit signs of "technological dependency" on the app.[1]

30. The Waze App generates pop-up notifications and alerts, including promotional alerts and gamification alerts, that appear on the driver's navigation screen and must be dismissed by the driver interacting with the screen. On information and belief, a Waze pop-up alert of this type appeared on Bogiages's navigation screen at or about the time of the crash on June 25, 2023.

31. Defendants Waze and Google designed the Waze App to require active dismissal of pop-up alerts while the driver is operating a vehicle, knowing that doing so requires the driver to divert their visual and cognitive attention from the roadway.

32. The gamification features of the Waze App are specifically designed to induce habitual and compulsive driver engagement with the application by leveraging well-established psychological and behavioral principles, including variable reward schedules, loss aversion, status seeking, and social comparison, all designed to make drivers look at and interact with the app screen on a frequent and unpredictable basis while driving.

33. Defendants Waze and Google knew or reasonably should have known that the gamification features and pop-up notifications they designed into the Waze App would cause drivers to be distracted while operating motor vehicles, creating a

---

[1] Laor T, Galily Y. In WAZE we trust? GPS-based navigation application users' behavior and patterns of dependency. PLoS One. 2022;17(11):e0276449. Published 2022 Nov 10. doi:10.1371/journal.pone.0276449

foreseeable risk of serious injury or death to the drivers themselves and to third parties, including law enforcement officers working on public roadways.

34. A 2022 peer-reviewed study published in PLOS ONE documented that Waze users exhibit signs of "technological dependency" on the application and reported an inability to drive without it – evidence of the very psychological entrenchment the Defendants designed the Waze App to create.

35. Despite their knowledge of the foreseeable risks of distracted driving created by these features, Defendants Waze and Google failed to implement adequate safeguards to prevent or minimize driver distraction, such as disabling gamification notifications and interactive pop-ups when the vehicle is in motion above a threshold speed, restricting the appearance of non-navigation-critical alerts when the vehicle is traveling on a high-speed roadway, or providing adequate and conspicuous warnings to users that interacting with in-app features while driving at highway speeds creates a serious risk of injury or death.

## CAUSES OF ACTION

### COUNT I
### NEGLIGENCE/NEGLIGENT DESIGN
*(Against Defendants Waze Mobile Limited and Google LLC)*

36. The Plaintiff incorporates by reference the allegations contained in all preceding paragraphs.

37. Defendants Waze and Google owed a duty of reasonable care to Trooper Allen and to all persons foreseeably placed at risk by the operation of vehicles whose drivers were using the Waze App.

38. Defendants Waze and Google breached that duty by negligently designing the Waze App with gamification features and pop-up notifications that foreseeably distract drivers operating motor vehicles on public roadways, without adequate safeguards or warnings.

39. As a direct and proximate result of Defendants Waze's and Google's negligent design of the Waze App, Bogiages was distracted by the Waze App while operating his vehicle at highway speed, failed to observe Trooper Allen's stopped, illuminated emergency vehicle, and struck that vehicle, causing Trooper Allen's injuries.

40. As a direct and proximate result of the Defendants' negligence, the Plaintiff suffered serious and permanent injuries, physical and emotional pain and suffering, medical expenses, lost wages and earning capacity, and other damages.

**COUNT II**
**NEGLIGENT FAILURE TO WARN**
*(Against Defendants Waze Mobile Limited and Google LLC)*

41. The Plaintiff incorporates by reference the allegations contained in all preceding paragraphs.

42. Defendants Waze and Google knew or reasonably should have known that the gamification features and pop-up notification systems of the Waze App created a serious and foreseeable risk of driver distraction and resulting motor vehicle crashes at high speeds.

43. Defendants Waze and Google failed to provide adequate warnings to users that interacting with gamification features, pop-up alerts, and other non-navigation-

critical features of the Waze App while operating a motor vehicle at speed creates a serious risk of injury or death to the user and to third parties.

44. As a direct and proximate result of the Defendants' failure to warn, the Plaintiff suffered the injuries and damages described herein.

## DAMAGES

45. As a direct and proximate result of the Defendants' negligence, recklessness, and the defective and unreasonably dangerous design of the Waze App, Plaintiff Nicholas C. Allen has suffered and continues to suffer damages including but not limited to:

a. Severe and permanent physical injuries, including serious leg injuries;

b. Past and future medical expenses;

c. Past and future lost wages and loss of earning capacity;

d. Past and future physical pain and suffering;

e. Past and future emotional distress and mental anguish;

f. Loss of enjoyment of life;

g. All other damages allowable under Massachusetts law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Nicholas C. Allen respectfully requests that this Court:

A. Enter judgment in favor of the Plaintiff and against all Defendants;

B. Award the Plaintiff compensatory damages in an amount to be determined at trial;

C. Award the Plaintiff all applicable interest, costs, and attorneys' fees; and

D. Grant such other and further relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

THE PLAINTIFF HEREBY DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Respectfully submitted,
The Plaintiff,
Nicholas C. Allen,
By his attorneys,

Michael Glennon, BBO#678977
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
mglennon@bhpklaw.com

DATED: June 10, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this document was filed through the eFileMA system and copies will be sent electronically to registered participants on June 10, 2026.

Michael Glennon, BBO#678977

DATED: June 10, 2026

| CIVIL TRACKING ORDER (STANDING ORDER 1- 88) | DOCKET NUMBER 2682CV00678 | Trial Court of Massachusetts The Superior Court |
|---|---|---|
| CASE NAME: Allen, Nicholas C. vs. Waze Mobile Limited et al | | Walter F. Timilty<br>Norfolk County |
| TO: Michael Glennon, Esq.<br>Brody, Hardoon, Perkins and Kesten, LLP<br>265 Franklin St<br>12th Floor<br>Boston, MA 02110 | | COURT NAME & ADDRESS<br>Norfolk County Superior Court<br>650 High Street<br>Dedham, MA 02026 |

## TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

**STAGES OF LITIGATION** **DEADLINE**

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 09/09/2026 | |
| Response to the complaint filed (also see MRCP 12) | | 10/09/2026 | |
| All motions under MRCP 12, 19, and 20 | 10/09/2026 | 11/09/2026 | 12/08/2026 |
| All motions under MRCP 15 | 10/09/2026 | 11/09/2026 | 12/07/2026 |
| All discovery requests **and depositions** served and non-expert depositions completed | 04/07/2027 | | |
| All motions under MRCP 56 | 05/07/2027 | 06/07/2027 | |
| Final pre-trial conference held and/or firm trial date set | | | 10/04/2027 |
| Case shall be resolved and judgment shall issue by | | | 06/12/2028 |

**The final pre-trial deadline is <u>not the scheduled date of the conference</u>.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED | ASSISTANT CLERK | PHONE |
|---|---|---|
| 06/11/2026 | | (781)326-1600 |

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT DEPARTMENT
Civil Action No.:

NICHOLAS C. ALLEN,

Plaintiff,

v.

WAZE MOBILE LIMITED and GOOGLE LLC,

Defendants

**NOTICE OF APPEARANCE**

Please enter my appearance for the Plaintiff, Nicholas C. Allen, in the above-captioned matter.

Respectfully submitted,

Michael Glennon, BBO#678977
BRODY, HARDOON, PERKINS & KESTEN, LLP
265 Franklin Street, 12th Floor
Boston, MA 02110
(617) 880-7100
mglennon@bhpklaw.com

DATED: June 10, 2026

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this document was filed through the eFileMA system and copies will be sent electronically to registered participants on June 10, 2026.

Michael Glennon, BBO#678977

DATED: June 10, 2026

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT DEPARTMENT
Civil Action No.: 2682CV00678

NICHOLAS C. ALLEN,

Plaintiff,

v.

WAZE MOBILE LIMITED and GOOGLE LLC,

Defendants

**AFFIDAVIT OF COMPLIANCE UNDER G.L. Ch. 223A §6(a)(3) and RULE 4(e)**

I, Michael V. Glennon, Esq. of Brody, Hardoon, Perkins & Kesten, LLP, 265 Franklin Street, 12th Floor, Boston, Massachusetts, attorney for the Plaintiff in the above-entitled action, do hereby state that on June 26, 2026, I caused to be mailed by Certified Mail, Return Receipt Requested Number 9589 0710 5270 1277 6065 10 to the Defendant, Waze Mobile Limited, a copy of the Summons, Civil Action Cover Sheet, Complaint and Demand for Jury Trial, and Tracking Order in this action and that the attached Return Receipt was returned, the postal authorities having made duly delivery thereof.

SIGNED under the pains and penalties of perjury this 21st day of July, 2026.

MICHAEL V. GLENNON

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this document was filed today through the eFileMA system and copies will be sent electronically to registered participants. True copies will otherwise be served upon any attorneys of record who are not listed on the eFileMA system by email only on July 21, 2026.

Michael V. Glennon

DATED: July 21, 2026

Date Filed 7/21/2026 12:11 PM
Superior Court - Norfolk
Docket Number 2682CV00678

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Waze Mobile Limited
c/o Corporate Service Company
251 Little Falls Drive
Wilmington, DE 19808

9590 9402 8774 3310 1775 94

2. Article Number *(Transfer from service label)*

9589 0710 5270 1277 6065 10

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Danielle Grimes
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Date Filed 7/21/2026 12:11 PM
Superior Court - Norfolk
Docket Number 2682CV00678

USPS TRACKING #

9590 9402 8774 3310 1775 94

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Michael Glennon
Brody, Hardoon, Perkins
+ Kesten
265 Franklin St, 12th Floor
Boston, MA 02110
RE: Allen

COMMONWEALTH OF MASSACHUSETTS

NORFOLK, ss.

SUPERIOR COURT DEPARTMENT
Civil Action No.: 2682CV00678

NICHOLAS C. ALLEN,

Plaintiff,

v.

WAZE MOBILE LIMITED and GOOGLE LLC,

Defendants

**AFFIDAVIT OF COMPLIANCE UNDER G.L. Ch. 223A §6(a)(3) and RULE 4(e)**

I, Michael V. Glennon, Esq. of Brody, Hardoon, Perkins & Kesten, LLP, 265 Franklin Street, 12th Floor, Boston, Massachusetts, attorney for the Plaintiff in the above-entitled action, do hereby state that on June 26, 2026, I caused to be mailed by Certified Mail, Return Receipt Requested Number 9589 0710 5270 1277 6065 03 to the Defendant, Google LLC, a copy of the Summons, Civil Action Cover Sheet, Complaint and Demand for Jury Trial, and Tracking Order in this action and that the attached Return Receipt was returned, the postal authorities having made duly delivery thereof.

SIGNED under the pains and penalties of perjury this 21st day of July, 2026.

MICHAEL V. GLENNON

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of this document was filed today through the eFileMA system and copies will be sent electronically to registered participants. True copies will otherwise be served upon any attorneys of record who are not listed on the eFileMA system by email only on July 21, 2026.

Michael V. Glennon

DATED: July 21, 2026

Date Filed 7/21/2026 12:11 PM
Superior Court - Norfolk
Docket Number 2682CV00678

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- ...t your name and address on the reverse ... we can return the card to you.
- Attac... the back of the mailpiece, or on the fron... if space permits.

1. Article Addressed to:

Google LLC
c/o Corporate Service Company
251 Little Falls Drive
Wilmington, DE 19808

9590 9402 8774 3310 1776 24

2. ...rticle Number *(Transfer from service label)*

9589 0710 5270 1277 6065 03

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Danielle Grimes
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

Date Filed 7/21/2026 12:11 PM
Superior Court - Norfolk
Docket Number 2682CV00678

USPS TRACKING #

WILMINGTON DE 197

2026 PM 3 L

9590 9402 8774 3310 1776 24

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Michael Glennon
Brody, Hardoon, Perkins
+ Kesten
265 Franklin St, 12th Floor
Boston, MA 02110
RE: Allen

-311399